IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:06CR3074 |
| | ) | |
| JEREMIAH JEFFRES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial, filing 12.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial shall be continued until Tuesday, October 10, 2006, at 9:00 a.m. as the #2 criminal case.  The defendant is ordered to appear at said time.  This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing defendant's trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from July 25, 2006, until the date now set for defendant's trial shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

July 26, 2006.                                    BY THE COURT:

                                                       s/ *Richard G. Kopf*
                                                       United States District Judge