IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3074 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JEREMIAH ALLEN JEFFRES, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of the parties,

IT IS ORDERED that:

(1)   Trial of this case as to Defendant Jeffres is continued to 9:00 a.m., Monday, November 6, 2006, as the first criminal case, before the undersigned United States district judge, in Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(2)   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

October 2, 2006.                              BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge