IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>             Plaintiff,       )<br>                              )       4:06CR3074<br>       v.                     )<br>                              )<br>JEREMIAH ALLEN JEFFRES,       )<br>                              )       ORDER<br>             Defendant.       )<br>                              ) | |

   Defendant's counsel has reported to the court that defendant has no objection to a continuance.

   IT THEREFORE HEREBY IS ORDERED,

   1.  Plaintiff's motion to continue, filing 29, is granted and trial of this matter is continued to 9:00 a.m., January 4, 2007 for a duration of two trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

   2.  The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between October 27, 2006 and January 4, 2007 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

   DATED this 27th day of October, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge