FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 DEC 28  AM 10: 19

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:06CR3074 |
| JEREMIAH JEFFRES, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Ex Parte Motion for Issuance of Subpoenas *In Forma Pauperis*, the supporting Affidavit, Order and Subpoenas under seal. The Clerk shall provide copies of any such documents to attorney John C. Vanderslice and to the United States Marshal.

DATED this 28th day of Dec., 2006.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge