IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3074 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JEREMIAH JEFFRES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion in limine (filing 43) is granted in part and denied in part, as follows:

1. Paragraph 1 is sustained.
2. Paragraph 2 is sustained.
3. Paragraph 3 is denied.
4. Paragraph 4 is denied, except that the nature of the underlying offense resulting in Defendant being placed on probation shall not be disclosed, nor shall it be disclosed that Defendant's probation was revoked.
5. Paragraph 5 is sustained.
6. Paragraph 6 is sustained.

January 4, 2007.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge