IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 4:06CR3074 |
| ) | |
| v. ) | ORDER COMPELLING |
| ) | TESTIMONY PURSUANT |
| ) | TO 18 U.S.C. § 6001 et. seq. |
| JEREMIAH ALLEN JEFFRES, ) | |
| Defendants. ) | |

On Motion of the government filed in this matter on January 5, 2007, and it appearing to the satisfaction of the Court that:

1. Christine McCall will be called to testify and provide other information before the Court and a jury; and

2. In the judgment of the United States Attorney, Christine McCall is likely to refuse to testify or provide other information before this Court and the jury, on the basis of her privilege against self-incrimination; and

3. In the judgement of the United States Attorney, the testimony or other information which she may give or provide, is or may be, necessary to the public interest; and

4. This Motion filed herein has been made with the approval of Mary Lee Warren, Deputy Assistant Attorney General of the United States Department of Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003(b) and 28 C.F.R. 0.175(a).

Now, therefore, it is hereby ORDERED, pursuant to Title 18, United States Code, Section 6002, that Christine McCall give testimony or provide other information, which she refuses to give or to provide on the basis of her privilege against self-incrimination, as to all matters about which she may be interrogated before this Court and the jury. No

testimony or other information compelled under this Order (or any information directly or indirectly derived from the testimony or other information) may be used against Christine McCall in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

Dated the 5th day of January 2007.

UNITED STATES DISTRICT JUDGE