FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 JAN -4  AM 11: 30

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JEREMIAH JEFFRES,  )<br>  )<br>Defendant.  ) | Case No. 4:06CR3074 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Ex Parte Motion for Issuance of Subpoenas *In Forma Pauperis*, the supporting Affidavit, Order and Subpoenas under seal. The Clerk shall provide copies of any such documents to attorney John C. Vanderslice and Tim Domgard, Investigator for the Federal Public Defender's Office.

DATED this 4th day of January, 2007.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge