IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3074 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JEREMIAH ALLEN JEFFRES, | ) | |
| | ) | |
| Defendant. | ) | |

The court having declared a mistrial after the jury was unable to reach a verdict,

IT IS ORDERED that this matter is referred to Magistrate Judge Piester for rescheduling of trial.

January 10, 2007.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge