```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )          4:06CR3074
      v.                       )
                               )
JEREMIAH ALLEN JEFFRES,        )
                               )             ORDER
            Defendant.         )
                               )
```

In accordance with the court's order of January 10, 2007, this order will set the matter for a new trial. In accordance with 18 U.S.C. 3161(e) another seventy-day period under the Speedy Trial Act commenced with the declaration of mistrial January 10, 2007.

IT THEREFORE HEREBY IS ORDERED,

1. Trial of this matter is set to commence at 9:00 on March 26, 2007 and is scheduled for a duration of two trial days.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between January 11, 2007 and March 26, 2007 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.
18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 11th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge