IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3074 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| JEREMIAH ALLEN JEFFRES, | ) | |
| | ) | |
| Defendant. | ) | |

The government has moved to dismiss the indictment filed against Jeremiah Allen Jeffres, filing 84. Accordingly, said indictment against Jeremiah Allen Jeffres is dismissed without prejudice.

IT IS SO ORDERED this 8th day of March, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge